# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

**NANCY L. SCOTT,**

       **Plaintiff,**

  v.                                         **Civil Action 2:17-cv-615**
                                                 **Judge Michael H. Watson**
                                                 **Magistrate Judge Jolson**

**WALNUT GROVE HEALTH AND**
**REHABILITATION CENTER, et al.,**

       **Defendant.**

## REPORT AND RECOMMENDATION

Plaintiff, proceeding *pro se*, filed this wrongful death action under Ohio law on July 14, 2017. (Doc 1). From the face of the Complaint, it appears that there is no basis for subject matter jurisdiction in this Court. (*See* Doc. 1 at 2). The Court thus gave Plaintiff an opportunity on July 19, 2017, to show good cause within fourteen days why this action should not be dismissed for lack of subject matter jurisdiction. (Doc. 3). Plaintiff failed to respond and the deadline has passed.

Accordingly, it is **RECOMMENDED** that this action be **DISMISSED** for lack of subject matter jurisdiction.

IT IS SO ORDERED.


Date: August 7, 2017                                          /s/ Kimberly A. Jolson
                                                                 KIMBERLY A. JOLSON
                                                                  UNITED STATES MAGISTRATE JUDGE