FILED
RICHARD W. NAGEL
CLERK OF COURT

2017 OCT 10 PM 4: 12

U.S. DISTRICT COURT
SOUTHERN DIST. OHIO
EAST. DIV. COLUMBUS

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

Nancy L. Scott,

Plaintiff,

v.

Case No. 2:17-cv-615

Walnut Grove Health and
Rehabilitation Center,

Judge Michael H. Watson
Magistrate Judge Jolson

Defendant.

## OPINION AND ORDER

The Court *sua sponte* dismisses this case for lack of subject matter jurisdiction. Magistrate Judge Jolson explained the grounds for invoking this Court's jurisdiction in her July 19, 2017, Show Cause Order. ECF No. 3. It is apparent from the face of Plaintiff's *pro se* Complaint that this case does not satisfy the requirements of 28 U.S.C. § 1331 or § 1332(a) and that no subject matter jurisdiction exists. Plaintiff and all Defendants are citizens of Ohio, and Plaintiff brings state-law claims. Compl., ECF No. 1. Accordingly, the Court **DISMISSES** this case for lack of subject matter jurisdiction.

IT IS SO ORDERED.

MICHAEL H. WATSON, JUDGE
UNITED STATES DISTRICT COURT