.*AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO

### JUDGMENT IN A CIVIL CASE

**Nancy L. Scott,**

      **Plaintiff,**

           vs.

                **Case No.   2:17-cv-615**

**Walnut Grove Health and**           **Judge Watson**
**Rehabilitation Center et al,**      **Magistrate Judge Jolson**

      **Defendants.**

[] **Jury Verdict.**   This action came before the Court for a trial by jury.   The issues have been tried and the jury has rendered its verdict.

[] **Decision by Court.**   This action came to trial or hearing before the Court.   The issues have been tried or heard and a decision has been rendered.

[X] **Decision by Court.**   This action was decided by the Court without a trial or hearing.

      **PURSUANT TO THE OPINION AND ORDER** filed on 10/10/2017, the Court DISMISSES this case for lack of subject matter jurisdiction.

Date:   October 10, 2017

                **Richard W. Nagel, Clerk of Court**

                By:          s/ Eric Weitz
                        Eric Weitz, Deputy Clerk